JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSA M. URBINA, | ) | No. CV 12-10144-JFW-CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is affirmed.

DATED: August 17, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE